# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.<br><br>        Defendants. | Civil Action No. 1:13-cv-01870 (JEB) |

## **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

In this case, brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, plaintiffs seek the release from the Central Intelligence Agency ("CIA"), the Department of Defense ("DOD"), the Department of Justice ("DOJ"), and the Department of State ("DOS"), of the full Senate Select Committee on Intelligence ("SSCI") report concerning the CIA's former detention and interrogation program ("SSCI Report"). Plaintiffs also seek from the CIA the release of what plaintiffs refer to as the "Panetta Report."[1] Pursuant to Fed. R. Civ. P. (6)(b)(1), the government, by and through undersigned counsel, respectfully moves this Court for an enlargement of time, until January 21, 2015, to file summary judgment briefs in this case. In compliance with LCvR 7(m), undersigned counsel has discussed this motion with counsel for plaintiffs, who consent to the relief requested. The reasons for this request are set forth below:

---

[1] Plaintiffs also sought the CIA's Response to the SSCI Report. It, along with the Executive Summary, findings, and conclusions of the SSCI Report (which plaintiffs did not separately seek), was released on December 9, 2014. By email dated December 11, 2014, plaintiffs notified the government that they do not intend seek any further relief with respect to either the CIA Response or the SSCI Report Executive Summary.

1. On December 9, 2014, SSCI publicly released the Executive Summary, findings, and conclusions of the SSCI Report. At plaintiffs' request, the briefing schedule in this case was tied to that date, with summary judgment briefs due four weeks after SSCI's release of the Executive Summary, or by January 6, 2015. *See* 10/31/14 Minute Order.

2. Due to the previously-planned holiday vacation schedules of the individuals who would need to be involved in preparing the declarations and motions for this case, the government is seeking an extension of until January 21, 2015, by which to file its summary judgment motions. This would put the due date for the government's opening briefs on track with the briefing for the SSCI Report Executive Summary in *Leopold v. CIA*, 13-cv-1324. *See* 12/10/14 Minute Order, *Leopold v. CIA*, 13-cv-1324-JEB.

3. The parties have accordingly conferred, and the plaintiffs have agreed to a date of January 21, 2015, for the filing of the government's summary judgment motion.

Dated: December 18, 2014

Respectfully submitted,
JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, Jr.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

 /s/ Vesper Mei
VESPER MEI (D.C. Bar 455778)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C. 20530
Telephone: (202) 514-4686
E-mail: vesper.mei@usdoj.gov

***Counsel for the Government***