**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,  Plaintiffs,  v.  CENTRAL INTELLIGENCE AGENCY, et al.  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:13-cv-01870 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of the Government's Unopposed Motion for Extension of Time and all supporting materials, the government's motion is GRANTED. It is hereby

ORDERED that the government's motion for summary judgment is due by January 21, 2015.

DATED: _____          _____
                                  HONORABLE JAMES E. BOASBERG
                                  UNITED STATES DISTRICT JUDGE