**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 1:13-cv-01870 (JEB) |
| ) v. ) ) | |
| CENTRAL INTELLIGENCE AGENCY, et al. ) ) ) | |
| Defendants. ) ) | |

[PROPOSED] **ORDER**

Upon consideration of the Government's Motion for Summary Judgment, and the opposition thereto, it is hereby

**ORDERED** that the motion should be, and hereby is, **GRANTED**.

_____    _____
Dated                                                         United States District Judge