**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*<br><br>    Defendants. | No. 1:13-cv-01870 (JEB) |

## [PROPOSED] ORDER

Upon consideration of Defendant CIA's motion for summary judgment on Plaintiffs'

Freedom of Information Act claim for the "Panetta Report," and Plaintiffs' cross-motion for

partial summary judgment, it is hereby ORDERED that Defendant CIA's motion is DENIED; it

is FURTHER ORDERED that Plaintiffs' cross-motion is GRANTED; and it is FURTHER

ORDERED that Defendant CIA produce the Panetta Report documents, together with a *Vaughn*

index for any withheld portions of those documents, within 45 days of this order.


SO ORDERED.

_____
HON. JAMES E. BOASBERG
United States District Judge

Dated: February __, 2015